**Order entered October 14, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01144-CV

## IN RE: ESTATE OF WILLIAM GRIFFITH, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-19-00996-1**

## ORDER

Before the Court is appellants' October 8, 2019 unopposed motion for an extension of time to file their brief on the merits. We **GRANT** the motion **TO THE EXTENT** that appellants shall file their brief by **November 5, 2019**. This is an accelerated appeal that must be resolved within 120 days of the date the appeal was perfected. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 15.003(b)(2). Accordingly, we caution appellants that further extension requests will be strongly disfavored.

/s/     ERIN A. NOWELL
        JUSTICE